# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE XPO LOGISTICS, INC. DERIVATIVE LITIGATION | Case No. 19-cv-889-RGA |
| KEVIN ROSE, derivatively on behalf of XPO LOGISTICS, INC., <br><br> Plaintiff, <br> v. <br><br> BRADLEY S. JACOBS, et al., <br><br> Defendants, <br> and <br><br> XPO LOGISTICS, INC., <br><br> Nominal Defendant. | Case No. 19-cv-1815-RGA |

## STIPULATION AND [PROPOSED] ORDER OF CONSOLIDATION

WHEREAS, on May 13, 2019, plaintiff Adriana Jez ("Plaintiff Jez") filed in this Court a shareholder derivative action captioned *Jez v. Jacobs, et al.*, Case No. 19-cv-889-RGA (the "*Jez* Action") against defendants Bradley S. Jacobs, John J. Hardig, Gena L. Ashe, Michael G. Jesselson, Adrian P. Kingshott, Jason D. Papastavrou, Oren G. Shaffer, Louis DeJoy (the "Individual Defendants"), and nominal defendant XPO Logistics, Inc. ("XPO," together with the Individual Defendants, the "Jez Defendants");

WHEREAS, on May 24, 2019, plaintiff Erin Candler ("Plaintiff Candler," and together with Plaintiff Jez, "Plaintiffs") filed in this Court a shareholder derivative action captioned *Candler v. Jacobs, et al.*, Case No. 19-cv-959-CFC (the "*Candler* Action") arising from substantially similar facts and asserting substantially similar claims as the *Jez* Action;

WHEREAS, on June 14, 2019, the Court entered an order consolidating the *Jez* Action and the *Candler* Action as *In re XPO Logistics, Inc. Derivative Litigation*, Case No. 19-cv-889-RGA (the "Consolidated Action") and appointing The Rosen Law Firm, P.A. and The Brown Law Firm, P.C. as co-lead counsel for the Consolidated Action pursuant to the Joint Stipulation and Order Consolidating Related Shareholder Derivative Actions and Establishing a Leadership Structure (the "Consolidation Order"), D.I. 6;

WHEREAS, on September 27, 2019, Plaintiffs in the Consolidated Action filed a verified consolidated shareholder derivative complaint against the Jez Defendants and additional defendants Scott B. Malat and AnnaMaria DeSalva (together with the Jez Defendants, the "Defendants");

WHEREAS, also on September 27, 2019, plaintiff Kevin Rose ("Plaintiff Rose," and together with Plaintiffs and Defendants, the "Parties") filed in this Court a shareholder derivative action involving XPO captioned *Rose v. Jacobs, et al.*, Case No. 19-cv-1815-RGA (the "*Rose* Action") against the Defendants;

WHEREAS, on November 21, 2019, Plaintiff Rose filed a Motion to Consolidate, Vacate Stipulated Order, and Appoint Lead Plaintiff, Lead Counsel, and Liaison Counsel;

WHEREAS, Plaintiffs and Plaintiff Rose, by and through their counsel, have reached an agreement to work cooperatively to prosecute the Consolidated Action and that, pursuant to their agreement, Plaintiff Rose would withdraw his motion; and

WHEREAS, the Parties agree that pursuant to ¶ 10 of the Consolidation Order, the *Rose* Action should be consolidated into the Consolidated Action.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, by their undersigned counsel, and subject to the approval of the Court, in order to facilitate the efficient

prosecution of the Consolidated Action, that the *Rose* Action is hereby consolidated for all purposes, including pre-trial proceedings and trial, under the Consolidated Action; and

IT IS FURTHER STIPULATED AND AGREED, by and between the Parties, that within forty-five (45) days of the date in which the Court enters an order approving this stipulation, Plaintiffs and Plaintiff Rose shall file a further amended consolidated derivative complaint or designate one of the existing complaints as the operative complaint in the Consolidated Action (the "Consolidated Complaint"); and

IT IS FURTHER STIPULATED AND AGREED, by and between the Parties, that within forty-five (45) days of the date that Plaintiffs and Plaintiff Rose file or designate the Consolidated Complaint, Defendants shall answer, move, or otherwise respond to the Consolidated Complaint, or seek such other relief that the Parties may agree to; and

IT IS FURTHER STIPULATED AND AGREED, by and between the Parties, that in the event Defendants respond by moving to dismiss the Consolidated Complaint, Plaintiffs and Plaintiff Rose shall file oppositions to Defendants' motions to dismiss within forty-five (45) days of the filing of such motions to dismiss, and Defendants shall file replies within thirty (30) days thereafter.

Dated: December 11, 2019                    Respectfully submitted,

**FARNAN LLP**

By: /s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Liaison Counsel for Plaintiffs Candler and Jez*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Co-Lead Counsel for Plaintiffs Candler and Jez*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs Candler and Jez*

Dated:  December 11, 2019            **COOCH AND TAYLOR, P.A.**


By: /s/ Blake A. Bennett
Blake A. Bennett (#5133)
The Nemours Building
1007 N. Orange Street, Suite 1120 Wilmington, DE 19801
Telephone: (302) 984-3800
Email: bbennett@coochtaylor.com

OF COUNSEL:

BRAGAR EAGEL & SQUIRE, P.C.
W. Scott Holleman
Marion C. Passmore
Garam Choe
Alexandra B. Raymond
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858

HYNES & HERNANDEZ, LLC

                        Michael J. Hynes
                        Ligaya T. Hernandez
                        101 Lindenwood Drive, Suite 225
                        Malvern, Pennsylvania 19355
                        Telephone: (484) 875-3116

*Attorneys for Plaintiff Kevin Rose*

Dated: December 11, 2019         **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Daniel A. Mason
Daniel A. Mason (#5206)
500 Delaware Avenue, Suite 200
Post Office Box 32
Wilmington, Delaware 19899-0032
Tel.: (302) 655-4410
Fax: (302) 655-4420
dmason@paulweiss.com

OF COUNSEL:

Martin Flumenbaum (*pro hac vice application forthcoming*)
Julia T.M. Wood (*pro hac vice application forthcoming*)
Daniel S. Sinnreich (*pro hac vice application forthcoming*)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
mflumenbaum@paulweiss.com
jwood@paulweiss.com
dsinnreich@paulweiss.com

*Attorneys for Defendants Bradley S. Jacobs, Gena L. Ashe, Michael G. Jesselson, Adrian P. Kingshott, Jason D. Papastavrou, Oren G. Shaffer, Annamaria DeSalva, and Nominal Defendant XPO Logistics, Inc.*

Dated: December 11, 2019      **THE LAW OFFICE OF MARTIN J. AUERBACH**

By: /s/ Martin J. Auerbach
Martin J. Auerbach (*pro hac vice application forthcoming*)
90 Broad Street, 23rd Floor
New York, New York 10004
Tel.: (347) 901-2213
auerbach@mjaesq.com

*Attorneys for Defendants John J. Hardig and Scott B. Malat*

Dated: December 11, 2019      **WOMBLE BOND DICKINSON (US) LLP**

By: /s/ Kevin J. Mangan
Kevin J. Mangan (Bar No. 3810)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Tel: (302) 252-4361
Fax: (302) 661-7729
kevin.mangan@wbd-us.com

Ronald R. Davis (*admitted pro hac vice*)
One West Fourth Street
Winston-Salem, North Carolina 27101
Tel.: (336) 721-3600
Fax: (336) 721-3660
ronald.davis@wbd-us.com

*Attorneys for Defendant Louis DeJoy*

IT IS SO ORDERED.

Date: _____      _____
     The Honorable Richard G. Andrews